### 1320. SANDERS v. THE STATE.

RUSSELL, J. The decision in this case is controlled by the ruling in *Holsey* v. *State*, ante, 453 (61 S. E. 836). The evidence did not authorize the verdict of guilty         *Judgment reversed.*

Accusation of misdemeanor, from city court of Tifton—Judge Eve. June 13, 1908.

Submitted October 6,—Decided October 12, 1908.

*Smith & Foy*, for plaintiff in error.

*W. J. Wallace*, solicitor, contra.